1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Brian Whitaker,
    Plaintiff,
vs.
The Goltz Corporation, a California Corporation
    Defendant.

CASE NO.: 2:21-cv-00527-JAM-CKD

The Honorable John A. Mendez
Courtroom 6, 14th floor

**ORDER ON APPLICATION FOR LEAVE TO FILE A RESPONSIVE PLEADING BY MAY 17, 2021**

**ORDER ON APPLICATION FOR LEAVE TO FILE A RESPONSIVE PLEADING BY MAY 17, 2021**

Defendant indicates in its APPLICATION FOR LEAVE TO FILE A RESPONSIVE PLEADING BY MAY 17, 2021 that it contacted Plaintiff to let counsel know that the sole barrier identified in the Complaint, the absence of an accessible outdoor table, had been addressed, and to inform Plaintiff that the case had been rendered moot, and applies to have its responsive brief no later than Monday, May 17, 2021. Defendant would like an opportunity to discuss the matter with the Plaintiff before taking up the Court's time with a motion.

Defendant's APPLICATION FOR LEAVE TO FILE A RESPONSIVE PLEADING BY MAY 17, 2021 is GRANTED.

DATED: May 4, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE