UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **The Goltz Corporation**, a California Corporation; <br><br> Defendants. | Case No.: 2:21-cv-00527-JAM-CKD <br><br> **Order** |

The Court, having read and considered the above stipulation submitted by the parties, and finding good cause therefor, hereby GRANTS the Parties' request for a trial continuance. Trial in this matter is hereby continued to May 15, 2023 at 9:00 AM.

IT IS SO ORDERED.

Dated:  December 23, 2022         /s/ John A. Mendez
                                  _____
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE