Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for The Goltz Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Live System - Sacramento

| | |
|---|---|
| Brian Whitaker,<br><br>Plaintiff,<br><br>vs.<br><br>The Goltz Corporation,<br><br>Defendant, | **CASE NO.: 2:21-cv-00527-JAM-CKD**<br><br>The Honorable John A. Mendez<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND ORDER**<br><br>Complaint Filed: March 23, 2021<br>Hearing Date: January 13, 2023<br>Hearing Time: 11:00 AM |

## JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE

The parties hereby stipulate to continue the pre-trial conference from January 13, 2023 to March 24, 2023 at 10:00 AM (a date pre-approved by the Court).

Dated: January 4, 2023

SAHELIAN LAW OFFICES

_____
Ara Sahelian, Esq.
Attorney for Defendant

Dated: January 4, 2023

CENTER FOR DISABILITY ACCESS

_____
Tehniat Zaman, Esq.
Attorney for Plaintiff

## ORDER

In light of the trial continuance approved by the Court with trial currently set to go forward on May 15, 2023, and the parties having stipulated to continue the pretrial conference from January 13, 2023 to March 24, 2023, it is hereby ordered that the pretrial conference be continued to March 24, 2023 at 10:00 AM and the pretrial statement be due no later than March 17, 2023.

Dated: January 6, 2023          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE