CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Tehniat Zaman, Esq., SBN 321557
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
tehniatz@potterhandy.com

Attorneys for Plaintiff

SAHELIAN LAW OFFICES
Ara Sahelian, Esq, SBN 16257
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949.859.9200
Email: contact@sahelianlaw.com

Attorneys for The Goltz, Corp.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**Live System- Sacramento**

| | |
|---|---|
| **BRIAN WHITAKER,** | Case No.: 2:21-cv-00527-JAM-CKD |
| Plaintiff, | |
| v. | The Honorable John A. Mendez |
| **THE GOLTZ CORPORATION,** a California Corporation; | **JOINT STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE AND ORDER** |
| Defendants | |
| | Current Trial Date:    May 15, 2023 |
| | Proposed Trial Date:   August 21, 2023 |

-1-

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND ORDER
2:21-cv-00527-JAM-CKD

## JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE

Plaintiff Brian Whitaker, and Defendant The Goltz Corporation, a California Corporation (hereinafter collectively "the Parties") jointly request and stipulate that the Court continue the trial date and the associated pretrial pre-trial conference deadlines.

WHEREAS, the trial is scheduled for May 15, 2023;

WHEREAS, a good cause exists for the continuance of the current trial date as Plaintiff's counsel will be engaged in another trial on that date;

WHEREAS, Defendant has graciously agreed to a continuance, and will not be prejudiced by the delay.

**THEREFORE,** the Parties respectfully and jointly stipulate and respectfully move to have the Court continue the trial date from May 15, 2023 to August 21, 2023 at 9:00 a.m. (a date pre-approved by the Court). The final pretrial status conference to be continued to July 7, 2023 at 10:00 a.m. (a date pre-approved by the Court).

**IT IS SO STIPULATED**.

Dated: _March 17, 2024___                                  CENTER FOR DISABILITY ACCESS

                                                           By: ___/s/ Tehniat Zaman___
                                                                  Tehniat Zaman, Esq.
                                                                  Attorneys for Plaintiff


Dated: March 17, 2024                                      SAHELIAN LAW OFFICES

                                                           By: ___/s/ Ara Sahelian___
                                                                  Ara Sahelian
                                                                  Attorneys for Defendant

**ORDER**

The Court, having read and considered the above stipulation submitted by the parties, and finding good cause therefor, hereby **GRANTS** the Parties' stipulation. Trial in this matter is hereby **CONTINUED** to **August 21, 2023, at 9:00 AM.** The Final Pretrial Conference is **CONTINUED** to **July 7, 2023, at 10:00 AM**. All related pretrial deadlines are continued in accordance.

Dated: March 20, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE