UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **The Goltz Corporation;** and Does 1-10, <br><br> Defendants. | **Case No**. 2:21-cv-00527-JAM-CKD <br><br> **ORDER RE STIPULATION** <br> **(ECF No. 48)** |

Having read the stipulation of the parties, and for good cause shown, the Court hereby **GRANTS** the request. The deadline to file a Stipulation for Dismissal shall be **EXTENDED** up to and including to **October 15, 2023**.

**IT IS SO ORDERED.**

Dated: August 29, 2023          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE