UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GOLTZ CORPORATION, a California Corporation,<br><br>　　　　Defendants. | Case: 2:21-cv-00527-JAM-CKD<br><br>**ORDER** |

# **ORDER**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  October 19, 2023　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE